## Wohlbach Unemployment Compensation Case.

Argued September 15, 1965. *Margaret Wohlbach,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

October 19, 1965

## Commonwealth *v.* Uttley, Appellant.

Argued September 15, 1965. *David H. Kubert,* for appellant; *David Durben,* Assistant District Attorney, with him *Ward F. Clark,* First Assistant District Attorney, and *William J. Carlin,* District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, MONTGOMERY and HOFFMAN, JJ., would modify the order to $12 per week.

FLOOD, J., absent.